## Charles H. Davis, Appellant, v. Raymond R. Dowdle, Appellee.

Gen. No. 40,626.

opinion filed June 26, 1940. Nat M. Kahn, for appellant; no appearance for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''